# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:21-mj-00622** |
| **v.** : | |
| : | |
| **CODY MATTICE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Release Order, ECF No. 7, it is hereby

**ORDERED** that the Government's request for stay is **GRANTED**; and it is further

**ORDERED** that the Release Order entered by Magistrate Judge Mark W. Pedersen of the Western District of New York on October 15, 2021, as to defendant Cody Mattice is **STAYED** pending review of the detention decision by this Court.

**SO ORDERED.**

**Date:** October 18, 2021

_____
THE HONORABLE BERYL A. HOWELL
UNITED STATES CHIEF JUDGE