Ashley Choate

144 Trimmer Rd Hilton, NY 14468

5855141264

To whom it may concern/Your Honor:

My name is Ashley Choate and I am Cody Mattice's fiancée. I have been in a romantic partnership with Cody for almost 10 years with 9 of these years living together, but have known him on a friend level for 13 years since high school.

I am writing this letter to inform the court of the character of my fiancée and who he is as a person. I am a supervisor in Surgical Pathology at Strong Hospital, who was not furloughed once the pandemic started back in March 2020. With this responsibility and our two kids being young (Titus age 4 and Kylie age 11) we made the decision for Cody to become a stay at home dad for their wellbeing and growth. Cody being a stay at home dad is the best thing we could have ever done for us as a family. His patience, care, love, and day to day teaching of our children is shown every day with the compassion and respect our children show to everyone. Cody is the kindest most family oriented person I have ever met and it is a privilege to have him in my life in the way that I do. Each day is the same routine, Cody drives me to work, comes home with the kids as well as watching his nephew to help his brother, picks me up and we go home to have family dinner and family time. We are homebodies who love to be home and raise our kids together, Cody is not an intemperate person and cares daily to make each day the best it can be for his family. Without having Cody in our home not only makes it difficult for me to go to work each day to provide for the family, it also hinders the development of Titus and Kylie as well as mine with life in general.

I want to thank you for taking the time to read this. My only request is that Cody is released back to his family so our life can continue to be as normal as we can and my children can have their father back.

Sincerely,

Ashley Choate

*[signature: Ashley Choate]*