Michael Choate

Pensacola, FL

330-307-7741

To Whom It May Concern,

Cody, aka a brother to me. He's been with my sister for as long as I can remember along with being the father to my amazing little nephew. I've lived with Cody in multiple different occasions and not once would I see Cody as a bad person. My sister and I are very close and tell each other everything and she's never had a bad thing to say about him either. He's been a great father to my nephew and his daughter, a great fiancée to my sister and a great brother. Ever since my father had passed Cody has been there every step of the way. There's so many people that need him in their lives and for him to be gone right now is putting a halt to many. I don't see Cody as a menace to society, I see Cody as a loving person. But Cody doesn't deserve this. He needs to be home with his family. He's a stay at home dad and his son and daughter both rely on him and so does his fiancée. If he's not home that risks my sister losing her job, not being able to provide for her children and it causes more issues than I can even describe. While finishing up this text I want to end it by saying that Cody Mattice is a great person, loving, caring and is ALWAYS there for anyone and everyone no matter who it is. We want Cody home but more importantly we NEED him home.

Thank you for taking the time for reading this.

Sincerely,

Michael Choate