To whom it may concern
I am Kylie my Dad is Cody Matrice my Dad is important to me because He goes fishing with me, shares his games with me, and He built me and Titus an Igloo. He has ~~for me~~ taught me How to swim, How to do good in school, and How to be a good person. I remember when I was little me and Him went camping. If my Dad is not with me to be with me every day I will be sad and to lost out on Him missing me grow and i ~~H~~ need my Dad Here to Help me and watch me grow. ~~Pz~~ Please let my Dad come Home.

Sincerely,

Kylie evert-swarts