To whom it may concern,

    I am writing this letter to you in regards to someone I've known for the last 13 years, Cody Mattice. He has been a friend turned family when he became the father of my niece and the uncle to my children. I hope I can give you some small insight into the character of the person I have known for so long to help you see farther than someone you have known for a short time. Over the years I have seen Cody's devotion to his daughter, his loyalty and love for his family and his fierceness as a protector to anyone who is around.

    When he was just 17 years old Cody became a father, along with my sister, they had my niece, Kylie. He really had no idea what he was doing but always worked to make sure she had what she needed and was responsibly taken care of. When Kylie was only 5 years old it became clear that the situation and environment surrounding her mother was no longer safe. As a young dad Cody worked long hours, even overnight shifts to become that safe space for her. He fought a difficult custody battle but was awarded primary physical custody of Kylie and has continued to be that safe haven for her ever since. He has done everything to be an example of a good parent to her and I would and do trust him with my own children over my own sister (Kylie's mother).

Cody has also proven time and time again his loyalty and love for his family. When the pandemic first started we made the difficult decision to quit his job to stay home with his children and take on virtual schooling with Kylie. As daycares began closing we had no where to take our son and Cody offered to watch his nephew every day, sometimes for no charge if we were struggling. He gave our son the opportunity to bond with not only himself, his uncle, but spend many days building a strong relationship with his cousins. I completely trust Cody with my own family and can attest to his loyalty to those that are close to him.

One more thing that I would like to stress about Cody is his natural instinct to be protective in any and all situations. When our family tent camps, his voice is the reassuring one you hear all night chasing off animals and making sure we are okay. When one of us has car trouble, Cody is the one that you call to come take a look, he's the one that would drop anything to be there for his family.

I hope you take my few words about Cody into consideration when making any decisions. I can only express and explain to you the person that I have come to know these years and hope you understand the impact that losing him would have on our family.

Sincerely,
Allyson Smith