# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                                      )

v.                                         )
                                    )   **CRIM NO. 21-MJ-622**

CODY MATTICE,                 )
                                    )

     Defendant.              )

## NOTICE REGARDING VIDEO RELEASE

COMES NOW the defendant, Cody Mattice and responds to the court's minute order regarding release of the videos to the public.[1]

Mr. Mattice does not oppose the release of the videos, provided that any videos that are released to the public in general, are not restricted in any way pursuant to any future protective orders entered by the parties in this matter.

---

1 Undersigned counsel apologizes for the late filing of this notice. The notice regarding release of videos was misread by counsel and believed that the court was asking for solely the government's position on the videos (as it was in their possession). Undersigned counsel apologizes for the error.

Respectfully submitted,

CODY MATTICE
By Counsel


    /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Cody Mattice
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com


### Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 22nd day of October, 2021, which will send a notification of such filing (NEF) to the following to all counsel of record.


    /s/John L. Machado
 John L. Machado, Esq.
 Bar Number 449961
 Attorney for Cody Mattice
 Law Office of John Machado
 503 D Street NW, Suite 310
 Washington, D.C. 20001
 Telephone (703)989-0840
 Email: johnlmachado@gmail.com


2