# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 1:21-mj-00622 (RMM) |
| v. | : | |
| | : | |
| **CODY MATTICE,** | : | |
| | : | |
| Defendant. | : | |

## SUPPLEMENT TO REPORT ON THE VIDEO EVIDENCE DESCRIBED IN THE GOVERNMENT'S MOTION FOR REVIEW OF RELEASE ORDER

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, files this supplement to its report on the length and sources of the video evidence described in the government's Motion for Review of a Release Order (Dkt. 12). Today, by way of USAfx, the government has shared with the Court and counsel a video, named *Cody from Rochester.mp4*, in which the defendant identifies himself as "Cody" and says that he is from Rochester, New York. The video is 24 minutes and 29 seconds long, and the relevant segment is between time stamps 10:10 and 12:24. The video is derived from an open source and the government has no objection to making it publicly available without restriction.

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

*/s/ Michael J. Romano*
MICHAEL J. ROMANO
Trial Attorney / Detailee
IL Bar No. 638
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-6691
michael.romano@usdoj.gov